UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARWIN GRAVITT,

    Plaintiff,

vs.

RAYMOND TOOMBS,

    Defendant.
_____/

Case No. 1:97-cv-145

Hon. Richard Alan Enslen

**ORDER STRIKING MOTION**

This court dismissed plaintiff's suit on November 10, 1997 as frivolous. The Sixth Circuit Court subsequently dismissed the appeal on February 10, 1998. Nevertheless, plaintiff has continued to file improper and frivolous documents in this suit. The court has previously rejected three such documents. *See* docket nos. 29, 30 and 31. This matter is now before the court on an unintelligible document, which the court's clerk has docketed as plaintiff's "motion for order regarding refiling/amending to redress claims" (docket no. 34). Plaintiff's suit is not pending before this court, having been terminated nearly 10 years ago. Accordingly, this "motion" is **STRICKEN**.

   **IT IS SO ORDERED.**

Dated:  October 15, 2007        /s/ Hugh W. Brenneman, Jr.
                  HUGH W. BRENNEMAN, JR.
                  United States Magistrate Judge